UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GIANNASCA, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>PEPSICO, INC., PEPSICO BEVERAGE SALES, LLC, and WALMART INC.,<br><br>       Defendants. | Case No. 7:25-cv-06440-CS<br><br>**NOTICE OF APPEARANCE** |

   PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendant Walmart Inc.

          Lawrence E. Buterman
          LATHAM & WATKINS LLP
          1271 Avenue of the Americas
          New York, NY 10020
          Telephone: (212) 906-1200
          Fax: (212) 751-4864
          Email: lawrence.buterman@lw.com

Dated: January 30, 2026
    New York, New York

          Respectfully submitted,

          **LATHAM & WATKINS LLP**

          <u>/s/ Lawrence E. Buterman</u>
          Lawrence E. Buterman
          1271 Avenue of the Americas
          New York, NY 10020
          Telephone: (212) 906-1200
          Fax: (212) 751-4864
          Email: lawrence.buterman@lw.com

          *Attorneys for Defendant Walmart Inc.*