UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GIANNASCA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PEPSICO, INC.; PEPSICO BEVERAGE SALES, LLC; AND WALMART, INC.,<br><br>Defendants. | Case No. 7:25-cv-06440-CS |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Lillian R. Grinnell, with the law firm Wolf Haldenstein Adler Freeman & Herz LLP, admitted to the Bar of this Court, hereby enters her appearance in this action as counsel for Plaintiff Michael Giannasca.

Dated: New York, New York
      February 18, 2026

Respectfully submitted,

**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**

By: s/ Lillian R. Grinnell
Lillian R. Grinnell
270 Madison Avenue
New York, New York 10016
Tel.: (212) 545-4626
Fax: (212) 686-0114
grinnell@whafh.com

*Attorneys for Plaintiff Michael Giannasca*