UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MICHAEL GIANNASCA, individually and on
behalf of all others similarly situated

|  |  |
|---|---|
| Plaintiff, | **ORDER ON MOTION TO CONSOLIDATE** |
| - against - | No. 25-CV-6440 (CS) |
| PEPSICO, INC. *et al*, |  |
| Defendant. |  |

-------------------------------------------------------------x

Seibel, J.

     For the reasons set forth on the record at the February 26, 2026 conference, and pursuant to Federal Rule of Civil Procedure 42(a), the following ten cases are hereby consolidated under the above-captioned case for pretrial purposes only:

1.  *Giannasca v. PepsiCo, Inc. et al*, 25-cv-6440;
2.  *Gelbspan et al v. Pepsico, Inc. et al*, 25-cv-10397;
3.  *Donovan et al v. PepsiCo, Inc. et al*, 25-cv-10571;
4.  *Redner's Markets, Inc. v. PepsiCo, Inc. et al*, 25-cv-10633;
5.  *Emporium Food Store LLC v. PepsiCo, Inc. et al*, 25-cv-10698;
6.  *Lee et al v. PepsiCo, Inc. et al*, 26-cv-329;
7.  *Davis v. PepsiCo, Inc. et al*, 26-cv-405;
8.  *Fargo Stopping Center LLC et al v. PepsiCo, Inc. et al*, 26-cv-1283;
9.  *Petretti v. Pepsico, Inc. et al*, 26-cv-1486;
10. *Arbit et al v. PepsiCo, Inc. et al*, 26-cv-1455.

     The Clerk of Court is respectfully directed to docket this Order in each of the above-listed ten cases.

**SO ORDERED.**

Dated: February 26, 2026
      White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.