**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: BRANDED BEVERAGE ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>(1) Indirect Purchaser Plaintiffs<br>(2) Consumer Direct Purchasers<br>(3) Direct Retailer Plaintiffs | Case No. 7:25-cv-06440-CS<br><br>**DEFENDANTS PEPSICO, INC., PEPSICO BEVERAGE SALES, LLC, AND WALMART INC.'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINTS** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Defendants PepsiCo, Inc., PepsiCo Beverage Sales, LLC, and Walmart Inc. (collectively, "Defendants"), by and through their undersigned counsel, will move this Court before the Honorable Cathy Seibel, at the Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601, at a date and time to be designated by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice, for failure to state a claim, the Amended Complaints filed by the Indirect Purchaser Plaintiffs (ECF No. 78), the Consumer Direct Purchaser Plaintiffs (ECF Nos. 79, 81), and the Direct Retailer Plaintiffs (ECF Nos. 80, 82), and granting Defendants such other and further relief that the Court deems just and proper.

Dated: September 4, 2026

Respectfully submitted,

*/s/ Jay P. Srinivasan*
Jay P. Srinivasan (*pro hac vice*)
GIBSON DUNN & CRUTCHER
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7296
Email: JSrinivasan@gibsondunn.com

Stephen Weissman (*pro hac vice*)
Steve Pet (*pro hac vice*)
GIBSON DUNN & CRUTCHER
1700 M Street, N.W.
Washington, DC 20036-4504
Telephone: 202.955.8678
Email: sweissman@gibsondunn.com
Email: spet@gibsondunn.com

Laura K. O'Boyle
GIBSON DUNN & CRUTCHER
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2304
Email: LOBoyle@gibsondunn.com

Henry Cornillie (*pro hac vice* forthcoming)
GIBSON DUNN & CRUTCHER
One Embarcadero Center Suite 2600
San Francisco, California 94111-3715
Telephone: 415.393.8200
Email: hcornillie@gibsondunn.com

*Attorneys for Defendants PepsiCo, Inc. and PepsiCo Beverage Sales, LLC*

*/s/ David Marriott*
David Marriott
Lawrence E. Buterman
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.906.1200
Email: david.marriott@lw.com
Email: lawrence.buterman@lw.com

Belinda S Lee (*pro hac vice*)
Ashley M. Bauer (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Email: belinda.lee@lw.com
Email: ashley.bauer@lw.com

*Attorneys for Defendant Walmart Inc.*